# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 3, 2020

## NO. 03-19-00433-CV

**Magnolia Christian Church and Langston B. Williams, Jr., Appellants**

**v.**

**Rex Bowers, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
REVERSED AND DISMISSED -- OPINION BY JUSTICE SMITH;
DISSENTING OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on May 22, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment dismissing the cause without reference to the merits of Bowers's claims. Bowers shall pay all costs relating to this appeal, both in this Court and in the court below.